EVERETT LEWIS v. WADE, WOOD & FOSTER.

(No. ——, Tex. L. J., vol. 1, p. 324.)

APPEAL from Gonzales County. Opinion by WINKLER, J.

§ 697. *Parties who are liable as partners.* Where the acts and dealings of parties are such as to justify a third party in regarding them as partners, and such party contracts with them believing them to be partners, they cannot be heard to dispute the partnership when sued on such contract.

March 27, 1878.          Reversed and rendered.

---

DR. J. P. ALFORD v. JOSEPH KILGORE.

(No. 277, Tex. L. J., vol. 1, p. 325.)

APPEAL from Chambers County. Opinion by WINKLER, J.

§ 698. *General demurrer.* A general demurrer does not reach a good cause of action defectively pleaded. [Zacharie v. Bryan, 2 Tex. 274; Prewitt v. Farris, 5 Tex. 375; Warner v. Bailey, 7 Tex. 517; Pas. Dig. Decis. sec. 9118.]

March 27, 1878.          Reversed and remanded.